

James Tuomey, Esq.
Admitted in MD, NY, DC
888 Bestgate Road, Suite 402
Annapolis MD 21146

December 8, 2022

Honorable Ellen L. Hollander
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *Courthouse News Service v. Harris, et al.*,
      Case No. 1:22-cv-00548-ELH

Dear Judge Hollander:

Plaintiff Courthouse News Service writes to inform the Court of new authority, issued after the motions hearing held before the Court on November 28, 2022, that is relevant to Defendants' pending motion to dismiss.  Dkt. No. 23.

The new authority is a December 6, 2022 opinion and order in *Courthouse News Serv. v. O'Shaughnessy*, 2022 WL 17476385 (S.D. Ohio Dec. 6, 2022), in which the Southern District of Ohio rejected an abstention argument similar to the one made by Defendants in this matter.  A copy of the opinion and order is attached for the Court's convenience.

Respectfully submitted,

*/s/ James Tuomey*

James Tuomey

Enclosure

cc:   All counsel of record (*via ECF*)

(Full signatures continued on next page)

Respectfully submitted,

/s/
John P. Lynch, Esq. (Bar No. 07433)
James Tuomey (Bar No. 28395)
**McNamee Hosea, P.A.**
888 Bestgate Road, Suite 402
Annapolis, Maryland 21401
Telephone: (410) 266-9909
Facsimile: (410) 266-8425
Email: jlynch@mhlawyers.com
jtuomey@mhlawyers.com


/s/
Jonathan E. Ginsberg, Esq.
(*admitted pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: jon.ginsberg@bclplaw.com

*Counsel to Courthouse News Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served via email and by first class mail, upon the following.

Kevin Cox, Esq, Chief Counsel,
Office of the Attorney General,
St. Paul Plaza
200 St. Paul Place
Baltimore, MD 21202
kcox@oag.state.md.us

Kathryn Hummel Esq., Assistant Attorney General
Office of the Attorney General
St. Paul Plaza
200 St. Paul Place
Baltimore, MD 21202
khummel@oag.state.md.us


| 12/8/2022 | */s/ James Tuomey* |
|---|---|
| Date | James Tuomey, Esq. |


Enclosures