IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:22-cv-00548-ELH |
| | * | |
| PAMELA Q. HARRIS, et al., | | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED SCHEDULING ORDER AND STIPULATION**

This scheduling order is being entered pursuant to Local Rule 103.9 and in response to the parties October 25, 2023 Joint Status Report Regarding Stipulated Amendments to Scheduling Order.

The Dates previously provided in the Court's March 23, 2023 Scheduling Order (ECF 76) shall be amended as follows:

I.   DEADLINES

| | |
|---|---|
| November 14, 2023 | Discovery deadline (with the limited exception of depositions) |
| December 7, 2023 | Discovery deadline (depositions only); submission of status report |
| December 14, 2023 | Requests for admission to be propounded by |

Notwithstanding the deadlines provided in this section, all deadlines enumerated in ECF 76 shall remain the same.

## II.   DISCOVERY

Deposition Hours

Each side shall be limited to 25 hours of deposition of fact witnesses (including parties). (If you agree to another number of deposition hours and notify me of your agreement, you may consider your agreement approved unless you hear from me to the contrary within 10 days.) If there are two or more parties on a particular side, they must share the deposition time allotted to their side unless upon your request I otherwise rule. Any colloquy engaged in by counsel shall be counted against his/her client's deposition time.

Notwithstanding the extension of hours in this section, all conditions of ECF 76 shall remain the same.

Date: 10/25/23

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge