IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | * |
| *Plaintiffs*, | * |
| v. | *    No. 1:22-cv-00548 |
| JUDY K. RUPP, *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

The parties, pursuant to the Court's Scheduling Order dated March 23, 2023 (ECF No. 76), and the Court's Amended Scheduling Order and Stipulation dated October 25, 2023 (ECF No. 90), provide the following status report:

    **a.**     **Status of Discovery.**

The parties have completed written discovery, except for their respective ongoing obligations to supplement those responses as necessary. Due to scheduling issues, there remains only one (1) deposition (Plaintiff's rebuttal expert witness and employee, Andrew Bodis) that is scheduled for tomorrow, December 8, 2023, as agreed upon by the parties. Otherwise, all depositions have been completed and no other depositions are scheduled or anticipated. The deadline for propounding requests for admissions is December 14, 2023 (ECF No. 90).

    **b.**     **Pending Motions.**

None at this time.

**c.     Dispositive Pretrial Motions.**

Plaintiff intends to file a dispositive motion and its deadline to do so is January 8, 2024. Defendants intend to file a dispositive cross-motion and their deadline to do so is January 29, 2024.

**d.     Trial.**

The parties anticipate a bench trial to take approximately three - five (3-5) days; however, this is subject to change based on the rulings on the parties' respective dispositive motions and any rulings on motions *in limine*.

**e.     Settlement Negotiations.**

The parties attended a settlement conference before District Judge (then Magistrate Judge) Matthew J. Maddox on January 13, 2023. In attendance were then counsel for the Plaintiff, Jonathan Ginsberg, local counsel for the Plaintiff, James Tuomey, and William Girdner on behalf of the Plaintiff. In attendance for the Defendants were counsel for the Defendants, Kevin Cox and Kathryn Hummel, and then Maryland State Court Administrator, Pamela Q. Harris on behalf of the Defendants. Settlement negotiations continued after the settlement conference but were unsuccessful. As such, the parties have met to conduct serious settlement negotiations.

**f.     Referral.**

At this time, the parties do not believe a referral for settlement or ADR would be helpful.

**g.     Consent Regarding Magistrate Judge**

At this time, the parties do not consent to a U.S. Magistrate Judge conducting these proceedings.

**h.     Other Matters.**

None at this time.

                                      Respectfully submitted,

                                      ANTHONY G. BROWN
                                      Attorney General of Maryland

| /s/ John P. Lynch | /s/ Kevin M. Cox |
|---|---|
| JOHN P. LYNCH (07433) | KEVIN M. COX (29012) |
| JAMES C. TUOMEY (28395) | KATHRYN HUMMEL (21991) |
| McNamee Hosea, P.A. | Assistant Attorney General |
| 888 Bestgate Road, Suite 402 | 200 St. Paul Place, 20th Floor |
| Annapolis, Maryland 21401 | Baltimore, Maryland 21202 |
| (410) 266-9909 (telephone) | (410) 576–6388 (telephone) |
| (410) 266-8425 (facsimile) | (410) 576–6393 (facsimile) |
| jlynch@mhlawyers.com | kcox@oag.state.md.us |
| jtuomey@mhlawyers.com | khummel@oag.state.md.us |
| | Attorneys for Defendants |

/s/ Jonathan Fetterly
JONATHAN FETTERLY
(admitted pro hac vice)
KATHERINE KEATING, ESQ.
(admitted pro hac vice)
Bryan Cave Leighton Paisner LLC
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
jon.fetterly@bclplaw.com
katherine.keating@bclplaw.com
Attorneys for Plaintiff