IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | * |
| *Plaintiff*, | * |
| v. | Case No. 1:22-cv-00548-BAH |
| | * |
| JUDY K. RUPP, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO VACATE MEMORANDUM OPINION (ECF 66)**

Plaintiff Courthouse News Service ("Plaintiff") and Defendant Judy K. Rupp ("Defendant") (the "Parties") have reached an agreement in this matter that will avoid the need for the Court to rule on the Parties' motions for summary judgment (ECF 95 and 98) and will result in the dismissal of this action. The Parties jointly request that the Court vacate its prior ruling on Plaintiff's motion for preliminary injunction by vacating the Memorandum Opinion entered on December 22, 2022 (ECF 66), pursuant to the Court's inherent power to modify its interlocutory orders. *See Am. Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505, 514–15 (4th Cir. 2003) (a district court retains the power to reconsider and modify its interlocutory judgments at any time prior to final judgment); *see also Sure Fit Home Prod., LLC v. Maytex Mills, Inc.,* 2023 WL 3834470, at *2 (S.D.N.Y. May 16, 2023) (granting stipulated request to vacate preliminary injunction rulings); *TriQuint Semiconductor, Inc. v. Avago Techs. Ltd.,* No. CV 09-1531-PHX-JAT, 2012 WL 1768084, at *2–3 (D. Ariz. May 17, 2012) (vacating non-final orders).

For the foregoing reasons, the Parties jointly request that this Honorable Court enter an order vacating the Memorandum Opinion entered on December 22, 2022 (ECF 66).


|  |  |
|---|---|
|  | Respectfully submitted, |
| BRYAN CAVE LEIGHTON PAISNER LLP | ANTHONY G. BROWN<br>Attorney General of Maryland |
| /s/ Katherine Keating | /s/ Kevin M. Cox |
| Jonathan Fetterly, Esq. (*admitted pro hac vice*) | KEVIN M. COX (29012) |
| Katherine Keating, Esq. (*admitted pro hac vice*) | KATHRYN HUMMEL (21991) |
| Three Embarcadero Center, 7th Floor | Assistant Attorney General |
| San Francisco, California 94111 | 200 St. Paul Place, 20th Floor |
| (415) 675-3400 (telephone) | Baltimore, Maryland 21202 |
| (415) 675-3434 (facsimile) | (410) 576-6388  (telephone) |
| jon.fetterly@bclplaw.com | (410) 576-6393  (facsimile) |
| katherine.keating@bclplaw.com | kcox@oag.state.md.us |
|  | khummel@oag.state.md us |
|  | Attorneys for Defendants |
| MCNAMEE HOSEA, P.A. |  |
| /s/ *James Tuomey* |  |
| James Tuomey, Esq. (28395) |  |
| John P. Lynch, Esq. (07433 |  |
| 888 Bestgate Road, Suite 402 |  |
| Annapolis, Maryland 21401 |  |
| (410) 266-9909 (telephone) |  |
| (410) 266-8425 (facsimile) |  |
| jtuomey@mhlawyers.com |  |
| jlynch@mhlawyers.com |  |
| Attorneys for Plaintiff |  |