IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | * |
| *Plaintiff*, | * |
| | Case No. 1:22-cv-00548-BAH |
| v. | * |
| | * |
| JUDY K. RUPP, *et al.*, | |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 21, 2024 (ECF 119), the Parties hereby jointly submit this status report.

1. On October 18, 2024, the Parties filed a joint motion to stay proceedings for 15 days (ECF 118), which the Court granted on October 21, 2024 (ECF 119). The Court ordered the Parties to file a status report or request the issuance of a Rule 111 Order if they are able to reach a final settlement by November 4, 2024. (ECF 119.)

2. On October 25, 2024, the Parties reached a settlement agreement.

3. On October 28, 2024, the Parties filed a joint motion to vacate memorandum opinion. (ECF 120).

4. On October 31, 2024, by letter order, the Court requested additional information related to the joint motion to vacate, in response to which the Parties plan to respond on or before the Court's deadline of November 8, 2024. (ECF 121).

5. Subsequent to the Court's ruling on the motion to vacate, the Parties plan to file a joint stipulation of dismissal.

Respectfully submitted,

| | |
|---|---|
| Bryan Cave Leighton Paisner LLP<br><br>*/s/ Katherine Keating*<br>Jonathan Fetterly, Esq. (*admitted pro hac vice*)<br>Katherine Keating, Esq. (*admitted pro hac vice*)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111<br>Telephone: (415) 675-3400<br>Facsimile: (415) 675-3434<br>E-Mail: jon.fetterly@bclplaw.com<br>E-Mail: katherine.keating@bclplaw.com | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ *Kevin M. Cox*<br>Kevin M. Cox (29012)<br>Kathryn Hummel (21991)<br>Assistant Attorney General<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576–6388 (telephone)<br>(410) 576–6393 (facsimile)<br>Email:  kcox@oag.state.md.us<br>Email:  khummel@oag.state.md.us<br><br>*Attorneys for Defendants* |
| **McNamee Hosea, P.A.**<br><br>/s/ *James Tuomey*<br>James Tuomey, Esq. (28395)<br>John P. Lynch, Esq. (07433)<br>888 Bestgate Road, Suite 402<br>Annapolis, Maryland 21401<br>Telephone: (410) 266-9909<br>Facsimile: (410) 266-8425<br>E-Mail: jtuomey@mhlawyers.com<br>E-Mail: jlynch@mhlawyers.com<br><br>*Attorneys for Courthouse News Service* | |